**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| TERRY GACH | CASE # 8:25-cv-00118-RFR-MDN |
| Plaintiff, | |
| v. | AFFIDAVIT |
| JASON LATVAAHO, DAVID SULLIVAN, CODY MATMGREN and ZOIE KOUTEK | |
| Defendants. | |

I, W. Randall Paragas, being first duly sworn on oath, depose and state that:

1. I am Counsel for the Plaintiff, Terry Gach.
2. That on April 8, 2025 I served the Summons and Complaint herein on JASON LATVAAHO, DAVID SULLIVAN, CODY MATMGREN and ZOIE KOUTEK via Certified Mail at 9240 Cottonwood Lane, Maple Grove, MN 55316.
3. That Service was completed for all of the Defendants, JASON LATVAAHO, DAVID SULLIVAN, CODY MATMGREN and ZOIE KOUTEK and was signed for by Monica Cowan at 9240 Cottonwood Lane, Maple Grove, MN 55316 on April 8, 2025.
4. That Service on all four of the Defendants and each of them was proper and complete.
5. That on July 8, 2025 I filed with this Court a return of service and a Certified mail return receipt for service of the Summons and Complaint herein on all four Defendants and each of them.
6. At the time of Service, the Defendants Matmgren and Koutek were employed by Defendant Jason Latvaaho whose place of business was located 9240 Cottonwood Lane, Maple Grove, MN.
7. At the time of service, all four Summonses were accepted and signed for by Monica Cowan.

8. At the time of service, Monica Cowan was the Office Manager of the Defendant Jason Latvaaho's business located at 9240 Cottonwood Lane, Maple Grove, MN.

9. Defendants Jason Latvaaho and David Sullivan each filed Answers in the case.

10. Defendants Jason Latvaaho and David Sullivan were served in the exact same manner as Defendants Matmgren and Koutek.

11. Because Defendants Matmgren and Koutek were employed at the business location, at the time of service, it is reasonable to believe that service of the Defendants Matmgren and Koutek at this business address could be reasonably calculated to apprise the Defendants of the pendency of the action and to afford them the opportunity to present their objections.

12. Because service at the business location did in fact give Defendants Latvaaho and Sullivan adequate notice, it is reasonable to assume that Defendants Matmgren and Koutek received adequate notice because all four Defendants worked at the same business location and all four Defendants were served in the exact same manner.

13. Contingent upon the Court's ruling in this matter, it is the Plaintiff's intention to file for Default Judgements against Defendants Matmgren and Koutek.

14. The Plaintiff has advised Counsel that he has every intent to prosecute his claims to the fullest extent against all four Defendants and each of them.

Further Affiant Sayeth Naught.

DATED this 27th day of _August_, 2025.

_W Randall Paragas_
W. Randall Paragas, Affiant

SUBSCRIBED AND SWORN to before me, this 27th day of August, 2025.

_Charlotte S. McGuire_
NOTARY PUBLIC

General Notary – State of Nebraska
CHARLOTTE S. MCGUIRE
My Comm. Exp. April 9, 2027.