# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TERRY GACH,** | |
| Plaintiff, | 8:25CV118 |
| vs. | |
| **JASON LATVAAHO, DAVID SULLIVAN, CODY MALMGREN, and ZOIE KOUTEK SPENCER,** | ORDER |
| Defendants. | |

To facilitate conferences with Magistrate Judge Nelson, <u>unless the Court's order states otherwise</u>, the parties shall use the following instructions and codes assigned to this case:

## WEBEX CASE CONFERENCE INSTRUCTIONS

For **Telephonic Conferences** only, (e.g. conferences on completing Rule 26(f) reports, case progression issues, pre-motion discovery disputes, status or planning conferences, etc.):

Dial 1-855-244-8681
Enter the access code: 2311 541 4764, then hit the # key

Dated this 26th day of February, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge